**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-01579-WJM-NYW

WILLIAM M. BARRETT, Individually, and DENICE E. BATLA, HEATHER L. COBERLY, LELAND W. GULLEY, and BLAKE A. UMSTED, Individually and as the representatives of a class consisting of the participants and beneficiaries of the Pioneer Natural Resources USA, Inc. 401(K) and Matching Plan,

      Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC.; THE PIONEER NATURAL RESOURCES USA INC. 401(K) AND MATCHING PLAN COMMITTEE; THERESA A. FAIRBROOK; TODD C. ABBOTT; W. PAUL MCDONALD; MARGARET M. MONTEMAYOR; THOMAS J. MURPHY; CHRISTOPHER M. PAULSEN; KERRY D. SCOTT; SUSAN A. SPRATLEN; LARRY N. PAULSEN; MARK KLEINMAN; and RICHARD P. DEALY

      Defendants.

**SUPPLEMENT TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Per the Court's Order dated December 20, 2018 (Dckt. #111), plaintiffs William Barrett, Denise Batla, Heather Coberly, Leland Gulley, and Blake Umsted supplement their Unopposed Motion for Preliminary Approval of Class Action Settlement as follows.

1. The parties have agreed on a deadline for submitting Former Participant Claim Forms. All Former Participant Claim Forms must be postmarked no later than 28 days before the date of the final hearing. Plaintiffs have modified the Former Participant Claim Form and Notice of Proposed Class Action Settlement accordingly.

2. The parties have agreed that former participants who file objections must also submit a Former Participant Claim Form to preserve their rights to receive a portion of the Settlement Fund in the event the objection is overruled. Plaintiffs have modified the Former Participant Claim Form and Notice of Proposed Class Action Settlement accordingly.

3. The parties have agreed that a stamped return envelope will be included with the Former Participant Claim Form.

4. Attached as Exhibit 1 to this Supplement is an Amended Settlement Agreement addressing the internal numbering and reference issues noted in the Court's Order dated December 20, 2018 (Dckt. #111). Attached as Exhibits 2 and 3, respectively, are the revised Former Participant Claim Form and Notice of Proposed Class Action Settlement incorporating the changes set forth in Paragraphs 1, 2 and 3 above.

5. The following references in the Unopposed Motion for Preliminary Approval of Class Action Settlement are hereby amended to refer to Sections of the Amended Agreement: Section II.B.1 (page 5); Section II.B.2 (page 6); Section II.B.3 (page 7); and Section II.4 (page12).

6. Plaintiffs respectfully request the Court grant the Unopposed Motion for Preliminary Approval of Rule 23 Class Action Settlement as modified herein, enter the revised proposed order attached hereto as Exhibit E, and grant any other relief that the Court deems just and proper.

Dated this 10th day of January 2019.

                                                                       Franklin D. Azar & Associates, P.C.

By:   /s/ Paul R. Wood
       Paul R. Wood
       Keith Scranton
       Devyn Glass
       14426 East Evans Avenue
       Aurora, CO 80014
       Telephone: (303) 757-3300
       Facsimile: (720) 213-5131
       woodp@fdazar.com
       scrantonk@fdazar.com
       glassd@fdazar.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2019, I electronically filed and served the foregoing **SUPPLEMENT TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

| | | |
|---|---|---|
| Catalina J. Vergara | ☐ | by First-Class U.S. Mail |
| O'MELVENY & MYERS, LLP | ☐ | by e-mail |
| 400 S. Hope Street | ☐ | by Share File |
| Los Angeles, CA 90071-2899 | ☐ | by Overnight Mail |
| cvergara@omm.com | ■ | by CM/ECF system |
| | | |
| Shannon Barrett | ☐ | by First-Class U.S. Mail |
| O'MELVENY & MYERS, LLP | ☐ | by e-mail |
| 1625 Eye Street NW | ☐ | by Share File |
| Washington, DC 20006-4061 | ☐ | by Overnight Mail |
| sbarrett@omm.com | ■ | by CM/ECF system |
| | | |
| Michael J. Hofmann | ☐ | by First-Class U.S. Mail |
| Bryan Cave LLP | ☐ | by e-mail |
| 1700 Lincoln St., Ste. 4100 | ☐ | by Share File |
| Denver, CO 80203 | ☐ | by Overnight Mail |
| Michael.hofmann@bryancave.com | ■ | by CM/ECF system |

/s/ *Colette L. Foote*
Colette L. Foote