# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

~~Civil Action No.:~~ Civil Action No.: 1:17-cv-01579-WJM-NYW

WILLIAM M. BARRETT, Individually, and DENICE E. BATLA, HEATHER L. COBERLY, LELAND W. GULLEY, and BLAKE A. UMSTED, Individually and as the representatives of a class consisting of the participants and beneficiaries of the Pioneer Natural Resources USA, Inc. 401(K) and Matching Plan,

   Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC.; THE PIONEER NATURAL RESOURCES USA INC. 401(K) AND MATCHING PLAN COMMITTEE; THERESA A. FAIRBROOK; TODD C. ABBOTT; W. PAUL MCDONALD; MARGARET M. MONTEMAYOR; THOMAS J. MURPHY; CHRISTOPHER M. PAULSEN; KERRY D. SCOTT; SUSAN A. SPRATLEN; LARRY N. PAULSEN; MARK KLEINMAN; and RICHARD P. DEALY

   Defendants.

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*A federal court has authorized this Notice.  This is **not** a solicitation from a lawyer.*

**PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR RIGHTS.**

You are receiving this notice because the records maintained by Pioneer Natural Resources USA, Inc. ("Pioneer") and the Pioneer Natural Resources USA Inc. 401(K) and Matching Plan Committee (the "Committee"), indicate that you are or have been a participant in the Pioneer Natural Resources USA Inc. 401(k) and Matching Plan (the "Plan"), at some time during the period from June 28, 2011 through December 10, 2018 (the "Class Period").  As such, your rights may be affected by a proposed class action settlement (the "Settlement") of the above-captioned federal lawsuit.  Pioneer and the Committee, together with Theresa A. Fairbrook, Todd C. Abbott, W. Paul McDonald, Margaret M. Montemayor, Thomas J. Murphy, Christopher M. Paulsen, Kerry D. Scott,

**QUESTIONS?  VISIT WWW._____.**
**Do not call the Court or Pioneer.**
**They cannot answer your questions.**

Susan A. Spratlen, Larry N. Paulsen, Mark Kleinman, and Richard P. Dealy are the defendants (collectively, "Defendants") in this lawsuit.  **Please read the following information carefully to find out what the lawsuit is about, what the terms of the proposed settlement are, what rights you have to object to the proposed settlement agreement if you disagree with its terms, and what deadlines apply to the right to object to the proposed settlement.**

### WHAT THIS LAWSUIT IS ABOUT

A lawsuit was filed in the United States District Court for the District of Colorado against Defendants.  The lawsuit involves claims that Defendants violated the federal Employee Retirement Income Security Act of 1974, as amended ("ERISA"), by failing to comply with their fiduciary duties under ERISA to the Plan and participants of the Plan in the management, operation and administration of the Plan.  The Plan participants who filed the lawsuit ("Plaintiffs") claim that Defendants acted improperly by causing participants to pay excessive fees for the Plan's recordkeeping services.

Defendants deny the allegations in the case and assert that their conduct was entirely proper. Defendants have asserted and would assert a number of defenses to Plaintiffs' claims should the litigation continue.  For example, Defendants contend that the Plan's asset-based recordkeeping fee arrangement is common in the industry, and benefits participants with lower Plan account balances, who shoulder less of the Plan's recordkeeping expenses, while participants with higher balances pay proportionally more.  Defendants further maintain that they have negotiated the Plan's recordkeeping fees down over time, and that those fees have fallen over the Class Period, despite substantial growth in Plan participants and Plan assets.  In addition, Defendants contend that they have tested the market reasonableness of the Plan's recordkeeping fee arrangement over the Class Period by, for example, commissioning an independent investment advisor to conduct a competitive bidding process for recordkeeping services in 2016.  In sum, Defendants maintain that they did not breach their fiduciary duties to the Plan under ERISA.

### The Terms of the Settlement

To avoid the time and expense of a lawsuit, Plaintiffs and Defendants have agreed to a settlement that involves monetary payments to Plan participants.  These and other terms of the Settlement are set forth in the Settlement Agreement and Release dated December 10, 2018 ("Settlement Agreement") described below.

    1.    <u>The Scope of the Class Covered by the Settlement.</u>  The Settlement Agreement proposes a class action settlement that would cover and be binding on the following class of individuals ("Settlement Class" or "Settlement Class Members"):  all Current Participants and

QUESTIONS?  VISIT WWW._____.
**Do not call the Court or Pioneer.
They cannot answer your questions.**

Former Participants and Beneficiaries of the Plan from June 28, 2011 through December 10, 2018 who maintained a balance of any amount in the Plan at any point during the Class Period, excluding Defendants.

Whether a person meets these definitions or not will be based on the Plan's records. You have received this Notice because, based upon those records, you are believed to be a member of the Settlement Class.

     2.    <u>The Payment and Allocation of a Settlement Fund</u>. As part of the Settlement, Pioneer has agreed to make a payment of five hundred thousand dollars ($500,000) (the "Settlement Fund") for the benefit of the Settlement Class. This sum, after the withdrawal of Class Counsel's Expenses approved by the Court, Administration Costs (including an estimated provision for the costs of the distribution to Settlement Class Members and other post-distribution related Administration Costs, as proposed by the Settlement Administrator and approved by Class Counsel and Defendants' Counsel as reasonable), Service Awards, and Taxes and Tax-Related Costs, will be distributed to Settlement Class Members on a pro rata basis, based on their average year-ending Plan account balances over the Class Period, starting with December 31, 2011 and ending with December 31, 2018, except that no distribution will be smaller than $10 and any Settlement Class Member with a pro rata amount of less than $10 shall receive a distribution of $10. The Plan of Allocation is attached to this Notice as Appendix A. Settlement Class Members who have a positive account balance in their Plan account at the time of the distribution will receive settlement proceeds into their Plan account. Settlement Class Members who no longer have a positive balance in their Plan account as of the date of distribution will receive a check from the Settlement Administrator.

     3.    <u>The Classwide Release of Claims and Covenant Not to Sue</u>. In exchange for payment of the Settlement Fund by Pioneer, all Settlement Class Members will release any claims they have related to this lawsuit and be prohibited from bringing or pursuing any other lawsuits or other actions based on such claims. The Settlement Class Members further covenant not to sue Defendants on any claims based on conduct that the Settlement Agreement requires Defendants to undertake (the "Covenant Not to Sue"). The Releases and the Covenant Not to Sue are set forth in full in the Settlement Agreement, which can be viewed online at [www._____], or requested from Class Counsel.

### **Former Participant Claim Form**

Settlement Class Members who are Former Participants and no longer have an active Plan account must complete a basic claim form confirming their address in order to receive payment. If you are a Former Participant, a Former Participant Claim Form is enclosed with this Notice,

---

**QUESTIONS? VISIT WWW._____.**
**Do not call the Court or Pioneer.**
**They cannot answer your questions.**

along with a pre-paid envelope. This form must be completed, signed and mailed with a postmark on or before July 10, 2019, **2019 (i.e., 28 days before the Final Approval Hearing)** to the Settlement Administrator at the following address:

Angeion Group
Pioneer Natural Resourses USA, Inc. 401(k) and Matching Plan Settlement Administrator
P.O. Box [number]
[City, State, ZIP]

**Former Participants who do not complete and timely return** this form**the Former Participant Claim Form will not receive any Settlement payment. Even if you plan to object (see "The Opportunity to Object to the Settlement," below), you must submit this form if you are a Former Participant. A Former Participant who objects but does *not* timely submit a Former Participant Claim Form will *not* receive any Settlement payment, assuming the Court approves the Settlement.**

### The Settlement Approval Process

The Court has granted preliminary approval of the proposed Settlement, finding that it is sufficiently within the range of reasonableness to warrant such preliminary approval, and has approved this notice to the Settlement Class. The Settlement will not take effect, however, until it receives final approval from the Court following an opportunity for Settlement Class Members to object to the Settlement, as described in detail below. Following the deadline for objecting to the Settlement, the Court will hold a Final Approval Hearing on _____, August 7, 2019, which will take place at the United States District Court for the District of Colorado, located at Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294. The judge assigned to this case is the Honorable William J. Martinez, and his Courtroom is A801. The date and location of the Final Approval Hearing is subject to change by order of the Court, which will appear on the Court's docket for this case.

### The Opportunity to Object to the Settlement

Prior to the Final Approval Hearing, Settlement Class Members will have the opportunity to object to approval of the Settlement. Settlement Class Members can object to the Settlement and give reasons why they think the Court should not approve it. *This settlement proposes a mandatory class, which means that the Settlement Class Members will not be* afforded the opportunity to exclude themselves from*able to opt out of* *the Settlement Class*.

QUESTIONS? VISIT WWW._____.
Do not call the Court or Pioneer.
They cannot answer your questions.

To object, you must ~~send~~ mail your objection to the ~~Settlement Administrator~~Court at the following address:

> Clerk of Court
> ATTN: Proposed Settlement in 17-CV-1579-WJM-NYW
> 901 19th Street
> Denver, CO 80294~~Angeion Group~~
> ~~11555 Heron Bay Boulevard, Suite 200~~
> ~~Coral Springs, Florida 33076~~
>
> ~~Re:  *Barrett, et al. v. Pioneer Natural Resources USA, Inc., et al.*, Civil Action No.: 1:17-cv-01579-WJM-NYW (D. Colo. filed June 28, 2017)~~

**Objections must be ~~submitted to the Settlement Administrator~~postmarked no later than ~~twenty-eight (28) days before the Final Approval Hearing (i.e., on or before _____, 2019)~~July 10, 2019.**  Objections ~~filed~~ postmarked after that date will not be considered.  Any Settlement Class Member failing to submit a timely objection will be deemed to have waived any objection they might have, and any untimely objection will be barred absent an order from the Court.

~~–~~Objections must include:  (1) the case name and number; (2) your full name, current address, telephone number and signature; (3) a statement that you are a Settlement Class Member and an explanation of the basis upon which you claim to be a Settlement Class Member; (4) all grounds for the objection~~, accompanied by any legal support known to you or your counsel~~; and (5) a statement as to whether you or your counsel intends to personally appear ~~and/or testify~~ at the Final Approval Hearing~~; and (6) a list of any persons you or your counsel may call to testify at the Final Approval Hearing in support of your objection~~.

~~Anyone who submits~~If you submit a timely written objection in accordance with the instructions above, ~~may also appear~~you will also receive an opportunity to speak at the Final Approval Hearing, if desired, either ~~in person~~personally or through a qualified ~~counsel~~ attorney retained at ~~his or her~~your own expense.  ~~Those persons or their attorneys intending to appear at the Final Approval Hearing must submit a notice of intention to appear to the Settlement Administrator (at the addresses set out above) by no later than _____, 2019 setting forth:  (1) the name, address, and telephone number of the Settlement Class Member; and (2) if applicable, the name, address, and telephone number of that Settlement Class Member's attorney.  Anyone who does not timely submit a notice of intention to appear in accordance with this paragraph shall not be permitted to appear~~receive an opportunity to speak at the Final Approval Hearing, except by Order of the Court for good cause shown.  Any comment or objection that is timely filed will be

QUESTIONS?  VISIT WWW._____.
**Do not call the Court or Pioneer.**
**They cannot answer your questions.**

~~considered by the Court even in the absence of a personal appearance by the Settlement Class Member or that Settlement Class Member's counsel.~~

<ins>Settlement Class Members who do not comply with these procedures, or who miss the deadline to file an objection, lose the opportunity to have their objection considered by the Court or to appeal from any order or judgment entered by the Court regarding the Settlement.</ins>

The Court will consider <ins>timely</ins> Settlement Class Member objections ~~in deciding whether to grant final approval~~<ins>whether or not the objector attends the Final Approval Hearing</ins>. ~~Objectors are not required to attend the Final Approval Hearing, but if you intend to appear you must state your intention to do so in the manner described above.~~ And even if you do not file an objection, you may attend the Final Approval Hearing solely as an observer. **But you do not need to attend the Final Approval Hearing—if the Court approves the Settlement, you will receive your Settlement payment whether or not you attend the hearing.**

~~Settlement Class Members who do not comply with these procedures, or who miss the deadline to file an objection, lose the opportunity to have their objection considered by the Court or to appeal from any order or judgment entered by the Court regarding the Settlement.~~

## CLASS COUNSEL EXPENSES AND CASE CONTRIBUTION AWARDS FOR PLAINTIFFS

In granting preliminary approval of the proposed Settlement, the Court appointed the Plaintiffs' lawyers to serve as "Class Counsel" for the Settlement Class. The attorneys for the Settlement Class are as follows:

| | |
|---|---|
| **Paul Wood** | **Keith Scranton** |
| Franklin D. Azar & Associates P.C. | Franklin D. Azar & Associates P.C. |
| 14426 East Evans Avenue | 14426 East Evans Avenue |
| Aurora, CO 80014 | Aurora, CO 80014 |
| Telephone:  (303) 757-3300 | Telephone:  (303) 757-3300 |
| Email:  woodp@fdazar.com | Email:  scrantonk@fdazar.com |

Class Counsel will file a motion with the Court seeking approval of payment from the Settlement Fund of the expenses they incurred in prosecuting the case ("Expenses"), and Service Awards not to exceed $4,000 for Plaintiff William M. Barrett, and $1,500 each for Plaintiffs Denice E. Batla, Heather L. Coberly, Leland W. Gulley, and Blake A. Umsted (the "Case Contribution Awards").

QUESTIONS?  VISIT <mark>WWW._____</mark>.
**Do not call the Court or Pioneer.**
**They cannot answer your questions.**

Class Counsel intend to submit an application for Attorney's Fees and Expenses not to exceed $200,000.  The motion and supporting papers will be filed on or before ───────────── ~~2019~~**July 24, 2019**.  After that date you may review the motion and supporting papers at [www. ].  Any Expenses and Case Contribution Awards approved by the Court, in addition to the expenses incurred by the Settlement Administrator in sending this Notice and administering the Settlement, will be paid from the Settlement Fund.

### GETTING MORE INFORMATION

You can visit the Settlement Website at [www. ], where you will find the full Settlement Agreement, the Court's order granting Preliminary Approval of the Settlement, this Notice, and other relevant pleadings and documents.  If you cannot find the information you need on the website, you may also contact Class Counsel for more information.  **Do not contact the Court or Pioneer to get additional information.**

~~**Remember, do not contact the Court or Pioneer.  They cannot give you additional information or answer your questions.**~~

~~Dated: ─────────, 2018             By Order of the United States District Court~~

~~─────────────────────────── District Judge~~

QUESTIONS?  VISIT www. ─────────.
**Do not call the Court or Pioneer.**
**They cannot answer your questions.**