IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: Civil Action No.: 1:17-cv-01579-WJM-NYW

WILLIAM M. BARRETT, DENICE E. BATLA, HEATHER L. COBERLY, LELAND W. GULLEY, and BLAKE A. UMSTED, Individually and as the representatives of a class consisting of the participants and beneficiaries of the Pioneer Natural Resources USA, Inc. 401(K) and Matching Plan,

        Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC.; THE PIONEER NATURAL RESOURCES USA INC. 401(K) AND MATCHING PLAN COMMITTEE; THERESA A. FAIRBROOK; TODD C. ABBOTT; W. PAUL MCDONALD; MARGARET M. MONTEMAYOR; THOMAS J. MURPHY; CHRISTOPHER M. PAULSEN; KERRY D. SCOTT; SUSAN A. SPRATLEN; LARRY N. PAULSEN; MARK KLEINMAN; and RICHARD P. DEALY

        Defendants.

**[PROPOSED] ORDER APPROVING CLASS ACTION SETTLEMENT AND FINAL JUDGMENT**

This matter came on for a class settlement fairness hearing on August 7, 2019 pursuant to due prior notice, to determine the fairness and appropriateness of the proposed settlement of the above styled litigation entered into between plaintiffs William M. Barrett, Denice E. Batla, Heather L. Coberly, Leland W. Gulley, and Blake A. Umsted as representatives of the Settlement Class (the "Class Representatives") and the Settlement Class (as those terms, as well as the other terms used herein, are defined in the Amended Settlement Agreement that the parties have filed in this lawsuit (Dckt. #112-1), on the one hand, and Pioneer Natural Resources USA, Inc.; the Pioneer Natural Resources USA Inc. 401(k) and Matching Plan Committee; Theresa A. Fairbrook; Todd C. Abbott; W. Paul McDonald; Margaret M. Montemayor; Thomas J. Murphy; Christopher M. Paulsen; Kerry D. Scott; Susan A. Spratlen; Larry N. Paulsen; Mark Kleinman; and Richard P. Dealy (collectively, "Defendants"), on the other hand.

1

The Court, having conducted an evidentiary hearing and, after reviewing the Settlement Agreement and all related pleadings and filings and being fully advised on the premises, finds, orders, and adjudges as follows:

1. The Court previously certified in this lawsuit, for settlement purposes only, a Settlement Class described as follows:

> All Current and Former Participants and Beneficiaries of the Pioneer 401(k) and Matching Plan who maintained a balance of any amount in the Plan at any point from June 28, 2011 through December 10, 2018, excluding Defendants.

2. The Class Representatives and Defendants have executed a Settlement Agreement dated as of December 10, 2018, which Settlement Agreement was duly filed with the Court for preliminary approval.

3. This Court gave preliminary approval to the proposed class settlement after its terms were presented to the Court by counsel and after the filing of the Settlement Agreement with the United States District Court for the District of Colorado. (Dckt. # 113).

4. Notice of the fairness hearing and the proposed settlement was properly given to the putative members of the Settlement Class, with both the mailing of notice and the publication of notice on the Settlement Website having been performed in compliance with the requirements specified in this Court's prior orders and in the Settlement Agreement. The Court previously approved both the form and method of notice of class action settlement (Dckt. #110-4) and now finds, orders, and adjudges that the notice to the Settlement Class of the settlement fairness hearing was proper and sufficient under applicable laws, including Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution, including the Due Process Clause of the United States Constitution, and represents the most practical means of giving notice under the

circumstances. Further, each putative member of the Settlement Class was afforded a reasonable opportunity to object.

5. At the settlement fairness hearing, and in preparation for such hearing, the Court considered, among the other matters addressed in this Final Judgment and Order: (a) the fairness, reasonableness and adequacy of the Settlement Agreement and the class settlement contemplated therein as required under Rule 23(e), including the proposed Plan of Allocation (Dckt. #110-5), (b) the fairness and reasonableness of the application for Class Counsel Fees and Expenses (Dckt. #__); and (c) Defendant's compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1711 *et seq*.

6. The Court finds that the class settlement embodied in the Settlement Agreement is proper and is fair, reasonable and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure and was entered into between the Class Representatives and Defendants in good faith and without collusion. The Court specifically finds the Plan of Allocation provided for in the Settlement Agreement to be fair and reasonable to the Settlement Class. The Settlement Agreement and the class settlement provided for thereunder are approved by this Court. The Settlement Agreement and the Plan of Allocation, having been approved as fair, reasonable and adequate and in the best interest of the members of the Settlement Class, shall be implemented in accordance with their terms.

7. The Court finds that on March 4, 2019, the Settlement Administrator served the required notices of the proposed settlement on the appropriate Federal and State officials as required under CAFA. No objections have been filed by any federal or state official as of August 7, 2019.

8. The Order Provisionally Approving Certification of the Settlement Class, previously entered by the Court for the purpose of certifying this action as a class action for settlement purposes only (Dckt. #113), pursuant to Rule 23 of the Federal Rules of Civil Procedure, is incorporated herein. This matter is, and has been, certified as a class action, for settlement purposes only.

9. This action is hereby DISMISSED WITH PREJUDICE to the re-filing of same or any portion thereof with respect to Defendants. The Court retains jurisdiction as to all Defendants and to administer the settlement distribution process as contemplated in the Settlement Agreement. The Court also retains jurisdiction to enforce this Final Judgment and Order.

10. Each member of the Settlement Class is ordered and adjudged to have conclusively released the Released Claims against the Defendant Released Parties.

11. Each member of the Settlement Class is hereby barred and permanently enjoined from prosecuting, commencing or continuing any claim or action on any of the Released Claims, and as to any of the Defendant Released Parties, by way of claim, counterclaim, offset, or otherwise.

12 Attorneys' fees and litigation expenses in the amount of $200,000, which amount equals 40% of the Settlement Proceeds ($500,000), is awarded to Class Counsel, said payment to be paid to Class Counsel out of the Settlement Amount.

13. An incentive award in the amount of $4,000 is awarded to William Barrett and an incentive award in the amount of $1,500 each is awarded to (a) Denice E. Batla; (b) Heather L. Coberly; (c) Leland W. Gulley; and (d) Blake A. Umsted for a total amount of $10,000, said payments to be paid out of the Settlement Amount.

14. Distributions of the Distributable Settlement Amount to Settlement Class Members shall be based on the Settlement Agreement and Plan of Allocation previously approved by the Court. The Class Representatives, Class Counsel, the Settlement Administrator, Defendants and the Defendant Released Parties shall have no liability to the Settlement Class or to any member of the Settlement Class for mis-payments, over-payments, under-payments, errors or omissions in the allocation or distribution methodology or process, or for the results of such methodology or process, so long as no such party violates the Plan of Allocation approved by the Court and/or violates other orders entered by the Court with respect to the distribution of the Distributable Settlement Amount.

15. By agreeing to settle the claims of the Settlement Class as to the Defendant Released Parties in the Action, Defendants do not admit, and indeed specifically dispute and deny, both the claims and assertions of the Class Representatives in the Action and any and all liability to the Settlement Class, the Class Representatives, and Class Counsel.

16. The Settlement approved by this Final Judgment and Order is a compromise and settlement of disputed issues over whether this case could ever be validly certified as a class action suit for purposes of a trial on the merits (as opposed to for purposes of settlement), as well as disputed issues over the claims and defenses asserted in this Action. Neither the Court's certification of the Settlement Class, nor the Settlement Agreement (and the settlement provided for therein), nor the carrying out of the Settlement may ever be used by any person or entity for any purpose in any subsequent litigation against Defendants or the Defendant Released Parties for any other purpose, other than to enforce the terms of the Settlement Agreement and this Final Judgment and Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this ___ day of _____, 2019.

By the Court

_____
William J. Martinez
United States District Court Judge