IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: August 7, 2019
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

---

| | |
|---|---|
| Civil Action No. **17-cv-1579-WJM-NYW** | Counsel: |
| | |
| BLAKE A. UMSTED, | Paul Wood |
| LELAND W. GULLEY, | Keith Scranton |
| DENICE E. BATLA, | |
| HEATHER L. COBERLY, and | |
| WILLIAM M. BARRETT, Individually and as the representative of a class consisting of the participants and beneficiaries of the Pioneer Natural Resources USA, Inc. 401(K) and Matching Plan, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| PIONEER NATURAL RESOURCES USA, INC., | Natasha Fedder |
| THE PIONEER NATRUAL RESCOURCES USA INC. 401(K) and MATCHING PLAN COMMITTEE, | Catalina Vergara |
| THERESA A. FAIRBROOK, | Michael Hofmann |
| TODD C. ABBOTT, | |
| W. PAUL MCDONALD, | |
| MARGARET M. MONTEMAYOR, | |
| THOMAS J. MURPHY, | |
| CHRISTOPHER M. PAULSEN, | |
| KERRY D. SCOTT, | |
| SUSAN A. SPRATLEN, | |
| LARRY N. PAULSEN, | |
| MARK KLEINMAN, and | |
| RICHARD P. DEALY, | |
| | |
| Defendants. | |

**COURTROOM MINUTES**

**SETTLEMENT FAIRNESS HEARING**

**9:34 a.m.     Court in session.**

Appearances of counsel.

The Court addresses Unopposed Motion for Final Approval of Class Action Settlement [ECF 116] and Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards [ECF 117].

Argument given on the proposed settlement agreement.

Statements by the Court regarding the reasonableness of the settlement agreement as stated on the record.

**ORDERED:**  Unopposed Motion for Final Approval of Class Action Settlement [ECF 116] is granted.

**ORDERED:**  Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards [ECF 117] is granted. The Court awards the attorney's fees and service payment as requested.

**10:16 a.m.    Court in recess.**

Total time in court: 0:42

Hearing concluded.